# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to: *See Exhibit A* |

### NOTICE OF PARTIAL DISMISSAL BY LISTED PLAINTIFFS ONLY, OF PARTICULAR PERSONAL INJURY CLAIMS, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each Plaintiff listed in Exhibit A hereby **DISMISSES WITHOUT PREJUDICE** any/all causes of action related to any claimed personal injuries with the exception of any/all claims for kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, thyroid cancer, liver cancer, pregnancy induced hypertension, and/or high cholesterol. Such dismissal applies to all defendants and is without costs to any party (but only to extent such claim(s) is/are asserted in the Complaint or a Plaintiff Fact Sheet appropriately tendered pursuant to Case Management Order 5 and amendments thereto). Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. However, all causes of action arising out of any and all other diagnoses alleged by plaintiff, as well as any alleged non-personal injury claims, remain and are NOT dismissed.

Dated: September 10, 2024          Respectfully submitted,

By: /s/Michael A. London
Michael London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
mlondon@douglasandlondon.com

| Case Name | Case Number | Plaintiff Name |
|---|---|---|
| Frederick Parent v. 3M Company, et al. | 2:22-cv-01842 | Frederick Parent |
| John Mohr v. 3M Company, et al. | 2:22-cv-03386 | John Mohr |
| Roger Moncada v. 3M Company, et al. | 2:22-cv-03426 | Roger Moncada |
| Robert Kirkland v. 3M Company, et al. | 2:22-cv-04447 | Robert Kirkland |
| Foster Dorrough v. 3M Company, et al. | 2:23-cv-00858 | Foster Dorrough |
| Joseph Alexander v. 3M Company, et al. | 2:23-cv-01721 | Joseph Alexander |
| Larry Brown v. 3M Company, et al. | 2:23-cv-03080 | Larry Brown |
| Carlos Campos v. 3M Company, et al. | 2:23-cv-03644 | Carlos Campos |
| Newt Evans v. 3M Company, et al. | 2:23-cv-06749 | Newt Evans |
| Marshall Troup v. 3M Company, et al. | 2:24-cv-00301 | Marshall Troup |
| Charles Hill v. 3M Company, et al. | 2:24-cv-01060 | Charles Hill |
| Peter Walsh v. 3M Company, et al. | 2:24-cv-01119 | Peter Walsh |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<u>/s/Michael A. London</u>
Michael A. London
